# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| BROADCAST MUSIC, INC.; ) <br> INTERIOR MUSIC CORP.; ) <br> UNIVERSAL – SONGS OF POLYGRAM ) <br> INTERNATIONAL, INC.; TOKECO ) <br> TUNES; BGM NETWORK, INC. d/b/a ) <br> BILL GREEN MUSIC; SONY/ATV ) <br> SONGS LLC d/b/a SONY/ATV TREE ) <br> PUBLISHING; RONDOR MUSIC ) <br> INTERNATIONAL, INC. d/b/a IRVING ) <br> MUSIC; UNIVERSAL MUSIC MGB NA ) <br> LLC d/b/a UNIVERSAL MUSIC ) <br> CAREERS; SONY/ATV SONGS LLC; ) <br> HOUSE OF GAGA PUBLISHING, INC.; ) <br> REDONE PRODUCTION LLC d/b/a ) <br> SONGS OF REDONE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TC GENERATIONS, LLC ) <br> d/b/a PUBHOUSE 19 and ) <br> KATHERINE M. WILLIAMS and ) <br> CHUCK HUCK, each individually, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO: <br> 13-cv-00309 (MJD/JJK) |

## **ORDER OF JUDGMENT**

This matter came before the Court on Plaintiffs' Motion for Default

Judgment. Having considered the pleadings, affidavits and memorandum, it is ORDERED AND ADJUDGED:

I

Plaintiffs' Motion for Default Judgment against Defendants TC Generations, LLC, Katherine M. Williams, and Chuck Huck is granted, this Court finding that Defendants knowingly and intentionally infringed upon the copyrights of six (6) musical compositions owned and/or licensed by Plaintiffs.

II

Plaintiffs shall recover from Defendants TC Generations, LLC, Katherine M. Williams, and Chuck Huck, jointly and severally, statutory damages in the amount of Four Thousand Dollars ($4,000) for each of the six (6) musical compositions, for a total of $24,000, pursuant to 17 U.S.C. Section 504(c)(1).

III

Plaintiffs shall recover from Defendants TC Generations, LLC and Katherine M. Williams and Chuck Huck, jointly and severally, full costs in this action, including reasonable attorney's fees in the amount of $5,262.25, pursuant to 17 U.S.C. Section 505.

IV

Plaintiffs shall recover from Defendants TC Generations, LLC and Katherine M. Williams and Chuck Huck, jointly and severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. Section 1961.

V

Defendants TC Generations, LLC and Katherine M. Williams and Chuck Huck and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

VI

This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

DATED:  June 26, 2013                        s/ Michael J. Davis
                                                      Michael J. Davis
                                                     Chief Judge
                                                     United States District Court